IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02535–MSK–KMT

MARIAN G. KERNER,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,

    Defendant.

---

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion to Partially Reconsider Order Denying Plaintiff's Unopposed Motion for Extension of Time to Designate Expert Witnesses, and to Extend Discovery Cut-off and Dispositive Motions Deadline by 45 days Rather than 90 Days as Previously Requested" (Doc. No. 25, filed Aug. 21, 2014) is GRANTED.  Between this case and a motion for extension of time submitted in a related case (*see* Doc. No. 141, Civ. Action No. 11-cv-00256-MSK-KMT), the court finds particularized showing of good cause to support the requested amendment of the Scheduling Order, *see* Fed. R. Civ. P. 16(b)(2), including, but not limited to, the health issues confronted by Defendant's counsel.  Accordingly, the Scheduling Order deadlines are extended as follows:

    Affirmative Expert Disclosure Deadline:    October 2, 2014
    Rebuttal Expert Disclosure Deadline:    November 3, 2014
    Discovery Cut-Off:    December 3, 2014
    Dispositive Motions Deadline:    January 5, 2015

The parties are advised that these deadlines will not be further extended absent a showing of exceptional circumstances.

Dated: September 2, 2014