IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-02535-MSK-KMT

MARIAN G. KERNER,

        Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

## JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Judgment is hereby entered.

Pursuant to the Order by Chief Judge Marcia S. Krieger (**Doc. #40)** filed on September 30, 2015, granting Defendant City and County of Denver's Motion for Summary Judgment (**Doc. #29**), it is

    ORDERED that:

Judgment is entered in favor of defendant and against plaintiff on plaintiff's claims under the ADEA and Title VII.

    Dated this 30th day September, 2015.

                                       ENTERED FOR THE COURT:
                                       JEFFREY P. COLWELL, CLERK

                                       s/Patricia Glover
                                          Deputy Clerk